UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

ENTERED
08/31/2015

IN RE:

Gerald & Sabrina Fleming

              (Debtor),

BANKRUPTCY CASE NUMBER
10-39786-H1-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Zenith Acquisition, in the amount of $2,048.97, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 08/13/2014 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Resurgent Capital Services LP c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $2,048.97 to ~~Resurgent Capital Services LP~~ *LVNV Funding* at the following address:

*LVNV Funding, c/o*
Resurgent Capital Services LP
C/o Dilks & Knopik, LLC
35308 SE Center St,
Snoqualmie, WA 98065

Dated: 8-31-15

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98